AO 442  (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

RECEIVED

2019 MAR 22  PM 12: 00

U.S. MARSHALS SERVICE
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   4:19-MJ-174 |
| PAUL JOSEPH CASTELLINE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   PAUL JOSEPH CASTELLINE                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint

❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(b)(1)(C) - Conspiracy to distribute controlled substances
21 U.S.C. § 841(a)(1), (b)(1)(C) - Distribution of controlled substances

Date:     03/22/2019

*Issuing officer's signature*

City and state:     Des Moines, Iowa

Helen C. Adams, Chief United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/27/19 , and the person was arrested on *(date)* 3/27/19 at *(city and state)* Des Moines, IA . |
| Date: 3/27/19 |

*Arresting officer's signature*

JASON  SOO  Special Agent
*Printed name and title*
FBI